## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Cindy L. Danz | CHAPTER 13

BKY. NO. 19-13276 AMC

<u>Debtor</u>

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK NATIONAL  ASSOCIATION and index same on the master mailing list.

    Respectfully submitted,
    **/s/ Kevin G. McDonald, Esq.**
    Kevin G. McDonald, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322