United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 19-13276-amc
Cindy L. Danz                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: BarbaraS        Page 1 of 2            Date Rcvd: Aug 13, 2019
                  Form ID: 152        Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
```
db            +Cindy L. Danz,    442 W. Marion Street,     Lititz, PA 17543-2519
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14327904      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
14343629      +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
14351797      +PNC BANK NATIONAL ASSOCIATION,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14327908      +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                Cleveland, OH 44101-4982
14361980      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
14363251      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14327909      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2019 03:14:59
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA   17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 14 2019 03:15:22     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:16:16      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14327903      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2019 03:16:44     Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14343514      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2019 03:27:06
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14327905      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2019 03:14:44     Comenity Bank/Wayfair,
                Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14327906      +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:15:53      Comenity/MPRC,
                Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14327907      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2019 03:14:44     ComenityCapital/Boscov,
                Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14363868       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2019 03:40:37
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14361217       E-mail/Text: bnc-quantum@quantum3group.com Aug 14 2019 03:14:48
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14361218       E-mail/Text: bnc-quantum@quantum3group.com Aug 14 2019 03:14:48
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA  98083-0788
14330344      +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:15:53      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14327910      +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:16:17      Synchrony Bank/Care Credit,
                Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14327911      +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:16:16      Synchrony Bank/Lowes,
                Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 14
```
       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: BarbaraS            Page 2 of 2                  Date Rcvd: Aug 13, 2019
                              Form ID: 152              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              STEPHEN WADE PARKER    on behalf of Debtor Cindy L. Danz swp@mooney4law.com;Mooneybkecf@gmail.com,
               mooneybkecf@gmail.com;r61895@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Cindy L. Danz
    Debtor(s)

Case No: 19−13276−amc
Chapter: 13

---

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 10/17/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601


For The Court

Timothy B. McGrath
Clerk of Court

14
Form 152