UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Cindy L. Danz<br>Debtor | Chapter 13<br>Case No. 19-13276 |

## ORDER

**And Now**, this 29th day of January, 2020, upon consideration of the Application for Compensation ('the Application") filed by the Debtor's counsel, Stephen Wade Parker, Esquire, ("the Applicant) and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,000.00 and $398.00 for expenses for a total of $4,398.00, minus the $600.00 that Debtor paid up front for a total of $3,798.00 to be paid.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. section 1326(b), 11 U.S.C. section 507, 11 U.S.C. section 503(b) and 11 U.S.C. section 330(a)(4)(B) the allowed compensation set forth in paragraph 2, less $800.00 which was paid by the debtor pre-petition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

_____
ASHELY M. CHAN
United States Bankruptcy Judge