United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cindy L. Danz  
       Debtor

Case No. 19-13276-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Antoinett     Page 1 of 1     Date Rcvd: Jan 29, 2020  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2020.  
db          +Cindy L. Danz,   442 W. Marion Street,   Lititz, PA 17543-2519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2020 at the address(es) listed below:  
        KEVIN G. MCDONALD   on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com  
        ROLANDO  RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
         ecfmail@readingch13.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
        SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
         ECFMail@ReadingCh13.com  
        STEPHEN WADE PARKER   on behalf of Debtor Cindy L. Danz swp@mooney4law.com;Mooneybkecf@gmail.com,  
         mooneybkecf@gmail.com;r61895@notify.bestcase.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                           TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Cindy L. Danz  
Debtor

Chapter 13  
Case No. 19-13276

**ORDER**

**And Now**, this <u>29th</u> day of <u>January</u>, 2020, upon consideration of the Application for Compensation ('the Application") filed by the Debtor's counsel, Stephen Wade Parker, Esquire, ("the Applicant) and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,000.00 and $398.00 for expenses for a total of $4,398.00, minus the $600.00 that Debtor paid up front for a total of $3,798.00 to be paid.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. section 1326(b), 11 U.S.C. section 507, 11 U.S.C. section 503(b) and 11 U.S.C. section 330(a)(4)(B) the allowed compensation set forth in paragraph 2, less $800.00 which was paid by the debtor pre-petition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

_____  
ASHELY M. CHAN  
United States Bankruptcy Judge