Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-13276-PMM

CINDY L. DANZ
442 W. MARION STREET
LITITZ PA    17543

Petition Filed Date: 05/21/2019
341 Hearing Date: 07/02/2019
Confirmation Date: 01/02/2020

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/08/2019 | $131.99 | Other | 07/31/2019 | $130.00 | Automatic Payı | 09/05/2019 | $130.00 | Automatic Payı |
| 10/02/2019 | $130.00 | | 10/30/2019 | $130.00 | | 12/05/2019 | $130.00 | |
| 01/03/2020 | $130.00 | | 01/29/2020 | $130.00 | | 03/04/2020 | $130.00 | |
| 04/01/2020 | $130.00 | | 04/29/2020 | $130.00 | | 06/03/2020 | $130.00 | |
| 07/01/2020 | $130.00 | | 07/29/2020 | $130.00 | | | | |

**Total Receipts for the Period: $1,821.99   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $1,821.99**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | STEPHEN WADE PARKER ESQ | Attorney Fees | $3,798.00 | $1,532.93 | $2,265.07 |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $5,112.47 | $0.00 | $5,112.47 |
| 2 | CHASE BANK USA NA<br>»» 002 | Unsecured Creditors | $2,524.12 | $0.00 | $2,524.12 |
| 3 | QUANTUM3 GROUP LLC as agent for<br>»» 003 | Unsecured Creditors | $897.35 | $0.00 | $897.35 |
| 4 | QUANTUM3 GROUP LLC as agent for<br>»» 004 | Unsecured Creditors | $709.67 | $0.00 | $709.67 |
| 5 | PNC BANK<br>»» 005 | Unsecured Creditors | $3,955.63 | $0.00 | $3,955.63 |
| 6 | PNC BANK NA<br>»» 006 | Mortgage Arrears | $221.04 | $0.00 | $221.04 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $8,182.80 | $0.00 | $8,182.80 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $1,641.22 | $0.00 | $1,641.22 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $742.66 | $0.00 | $742.66 |

**Chapter 13 Case No. 19-13276-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,821.99 | Current Monthly Payment: | $130.00 |
| Paid to Claims: | $1,532.93 | Arrearages: | ($130.00) |
| Paid to Trustee: | $172.06 | Total Plan Base: | $4,681.99 |
| Funds on Hand: | $117.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.