**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  CINDY L. DANZ | CHAPTER 13 |
| DEBTOR | CASE NO.: 1:19-bk-13276 |

**NOTICE OF ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of Debtor Cindy L. Danz for the above referenced case.

                                               **By: /s/ Mark A. Buterbaugh**
                                               Mark A. Buterbaugh 306967
                                               MOONEY LAW
                                               230 York Street
                                               Hanover, PA 17331
                                               mab@mooney4law.com
                                               (717) 632-4656 Phone
                                               (717) 632-3612 Fax

Dated: February 23, 2021