### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  CINDY L. DANZ | CHAPTER 13 |
| DEBTOR | CASE NO.: 1:19-bk-13276 |

### NOTICE OF ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Debtor Cindy L. Danz for the above referenced case.

                                                    **By: /s/ Nicholas G. Platt**
                                                    Nicholas G. Platt 327239
                                                    MOONEY LAW
                                                    230 York Street
                                                    Hanover, PA 17331
                                                    ngp@mooney4law.com
                                                    (717) 632-4656 Phone
                                                    (717) 632-3612 Fax

Dated: <u>April 1, 2021</u>