| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-13276-PMM**

CINDY L. DANZ
442 W. MARION STREET
LITITZ  PA   17543

Petition Filed Date: 05/21/2019
341 Hearing Date: 07/02/2019
Confirmation Date: 01/02/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $130.00 | | 01/29/2020 | $130.00 | | 03/04/2020 | $130.00 | |
| 04/01/2020 | $130.00 | | 04/29/2020 | $130.00 | | 06/03/2020 | $130.00 | |
| 07/01/2020 | $130.00 | | 07/29/2020 | $130.00 | | 09/02/2020 | $130.00 | |
| 09/30/2020 | $130.00 | | 11/04/2020 | $130.00 | | 12/03/2020 | $130.00 | |
| 01/04/2021 | $130.00 | | 02/03/2021 | $130.00 | | 03/03/2021 | $130.00 | |
| 03/31/2021 | $130.00 | | 05/05/2021 | $130.00 | | 06/03/2021 | $130.00 | |

**Total Receipts for the Period: $2,340.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,121.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | STEPHEN WADE PARKER ESQ | Attorney Fees | $3,798.00 | $2,726.33 | $1,071.67 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $5,112.47 | $0.00 | $5,112.47 |
| 2 | CHASE BANK USA NA »» 002 | Unsecured Creditors | $2,524.12 | $0.00 | $2,524.12 |
| 3 | QUANTUM3 GROUP LLC as agent for »» 003 | Unsecured Creditors | $897.35 | $0.00 | $897.35 |
| 4 | QUANTUM3 GROUP LLC as agent for »» 004 | Unsecured Creditors | $709.67 | $0.00 | $709.67 |
| 5 | PNC BANK »» 005 | Unsecured Creditors | $3,955.63 | $0.00 | $3,955.63 |
| 6 | PNC BANK NA »» 006 | Mortgage Arrears | $221.04 | $0.00 | $221.04 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $8,182.80 | $0.00 | $8,182.80 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $1,641.22 | $0.00 | $1,641.22 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $742.66 | $0.00 | $742.66 |
| 0 | MARK A. BUTERBAUGH, ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-13276-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,121.99 | Current Monthly Payment: | $130.00 |
| Paid to Claims: | $2,726.33 | Arrearages: | ($130.00) |
| Paid to Trustee: | $278.66 | Total Plan Base: | $4,681.99 |
| Funds on Hand: | $117.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.