## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Cindy L. Danz | CHAPTER 13 |
| DEBTOR | |
| | CASE NO. 19-13276-pmm |
| Cindy L. Danz | |
| MOVANT | |

### ORDER

Upon consideration of the MOTION FOR WAIVER OF CERTIFICATION FOR DOMESTIC SUPPORT OBLIGATIONS REQUIRED BY 11 U.S.C. § 1328(a) filed herein by counsel for the Debtor, the Court hereby finds that Debtor is deceased and therefore unable to comply. The Court further finds that discharge is in the best interest of the Debtor's estate. The Court therefore orders that the requirement for Debtor to file the Certification for Domestic Support Obligations is hereby waived and Debtor may be granted a discharge.

_____

United States Bankruptcy Judge