United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13276-pmm |
| Cindy L. Danz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 06, 2022 | Form ID: 138OBJ | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Cindy L. Danz, 442 W. Marion Street, Lititz, PA 17543-2519 |
| 14351797 | + | PNC BANK NATIONAL ASSOCIATION, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 07 2022 00:12:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 07 2022 00:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14327903 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2022 00:20:25 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14343514 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 07 2022 00:19:40 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14327905 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2022 00:12:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14327906 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 07 2022 00:20:26 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14327907 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2022 00:12:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14327904 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 07 2022 00:20:12 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14343629 | + | Email/Text: RASEBN@raslg.com | Jul 07 2022 00:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14327908 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 07 2022 00:12:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14363251 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 07 2022 00:12:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14361980 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 07 2022 00:12:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14327909 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 07 2022 00:12:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14363868 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 19-13276-pmm    Doc 42    Filed 07/08/22    Entered 07/09/22 00:35:30    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2022 | Form ID: 138OBJ | Total Noticed: 21 |

|  |  |  |  |
|---|---|---|---|
|  |  | Jul 07 2022 00:20:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14361217 | Email/Text: bnc-quantum@quantum3group.com | Jul 07 2022 00:12:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14361218 | Email/Text: bnc-quantum@quantum3group.com | Jul 07 2022 00:12:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14330344 | + Email/PDF: gecsedi@recoverycorp.com | Jul 07 2022 00:20:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14327910 | + Email/PDF: gecsedi@recoverycorp.com | Jul 07 2022 00:20:26 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14327911 | + Email/PDF: gecsedi@recoverycorp.com | Jul 07 2022 00:19:40 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2022 at the address(es) listed below:

**Name**     **Email Address**

KEVIN G. MCDONALD
   on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

MARK ALLEN BUTERBAUGH
   on behalf of Debtor Cindy L. Danz mab@mooney4law.com

NICHOLAS G. PLATT
   on behalf of Debtor Cindy L. Danz ngp@mooney4law.com plattnr61895@notify.bestcase.com

REBECCA ANN SOLARZ
   on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

ROLANDO RAMOS-CARDONA
   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

STEPHEN WADE PARKER
   on behalf of Debtor Cindy L. Danz swp@mooney4law.com;Mooneybkecf@gmail.com mooneybkecf@gmail.com;r61895@notify.bestcase.com

Scott F Waterman

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2022 | Form ID: 138OBJ | Total Noticed: 21 |

on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Cindy L. Danz
        Debtor(s)                               Case No: 19−13276−pmm

                                                          Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

            United States Bankruptcy Court
          Office of the Clerk, Gateway Building
              201 Penn Street, 1st Floor
                 Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/6/22