| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-13276-PMM**

CINDY L. DANZ
320 N 3RD STREET
WRIGHTSVILLE  PA    17368

Petition Filed Date: 05/21/2019
341 Hearing Date: 07/02/2019
Confirmation Date: 01/02/2020

Case Status: Completed on 4/19/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/05/2021 | $130.00 | | 06/03/2021 | $130.00 | | 06/30/2021 | $130.00 | |
| 08/04/2021 | $130.00 | | 09/01/2021 | $130.00 | | 09/29/2021 | $130.00 | |
| 11/03/2021 | $130.00 | | 12/02/2021 | $130.00 | | 12/29/2021 | $130.00 | |
| 04/19/2022 | $650.00 | 1010 | | | | | | |

**Total Receipts for the Period:  $1,820.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,681.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | STEPHEN WADE PARKER ESQ | Attorney Fees | $3,798.00 | $3,798.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $5,112.47 | $101.13 | $5,011.34 |
| 2 | CHASE BANK USA NA »» 002 | Unsecured Creditors | $2,524.42 | $49.94 | $2,474.48 |
| 3 | QUANTUM3 GROUP LLC as agent for »» 003 | Unsecured Creditors | $897.35 | $17.75 | $879.60 |
| 4 | QUANTUM3 GROUP LLC as agent for »» 004 | Unsecured Creditors | $709.67 | $14.04 | $695.63 |
| 5 | PNC BANK »» 005 | Unsecured Creditors | $3,955.63 | $78.25 | $3,877.38 |
| 6 | PNC BANK NA »» 006 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $8,182.80 | $161.86 | $8,020.94 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $1,641.22 | $32.46 | $1,608.76 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $742.66 | $14.69 | $727.97 |
| 0 | MARK A. BUTERBAUGH, ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-13276-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,681.99 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $4,268.12 | Arrearages: | $0.00 |
| Paid to Trustee: | $413.87 | Total Plan Base: | $4,681.99 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.